## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THORPE FAMILY TRUST, THORPE FARM, WADE KING, KINGS FARM, and KINGS GENERAL CONTRACTING, LLC,** : : : : : Plaintiffs, : : v. : : **DAVID KUHNS, Code Officer, in his official and unofficial capacity, and UPPER MAKEFIELD TOWNSHIP,** : : : Defendants. : | **CIVIL ACTION** No. 19-5932 |

## ORDER

This 23rd day of June, 2020, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to dismiss all Plaintiffs except Wade King, and for a more definite statement, ECF 5, is **GRANTED**. The claims of non-individual Plaintiffs are dismissed without prejudice, and Mr. King has 14 days to file an Amended Complaint. It is further **ORDERED** that Plaintiff's Motion for Appointment of Counsel, ECF 6, is **DENIED**.

s/  Gerald Austin McHugh
United States District Judge